JOHN F. McCARTHY v. KREBS PIGMENT AND CHEMICAL COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

REINE DOURAS LEDERER v. BRIARCLIFF LODGE ASSOCIATION and Another.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

REINE DOURAS LEDERER v. BRIARCLIFF LODGE ASSOCIATION and Another.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

THE RITZ CARLTON RESTAURANT AND HOTEL COMPANY v. INDEPENDENT GROCERS CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

CIOCCO-LOMBARDI WINE COMPANY, INC., v. ENRICO FUCINI.— Motion granted. Settle order, containing questions to be certified, on notice. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

---

## SECOND DEPARTMENT, MARCH, 1923.

WILLIAM BIEL and LEONARD BIEL, Doing Business under the Firm Name and Style of BIEL & BIEL, Respondents, v. FRANK A. HARKIN, Appellant, and CARMEN E. HARKIN, Defendant. (Appeal No. 1.) — This motion having been renewed after the complaint herein was amended, and the order denying that motion having been affirmed (Biel v. Harkin, No. 2, post, p. 621), this appeal is dismissed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

WILLIAM BIEL and LEONARD BIEL, Doing Business under the Firm Name and Style of BIEL & BIEL, Respondents, v. FRANK A. HARKIN, Appellant, and CARMEN E. HARKIN, Defendant. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

JACOB CASTRO, Respondent, v. MARY MOSCA, Appellant, Impleaded with Others, Defendants.— Order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The record fails to disclose that the trial of this action involves the examination of a long account.* Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

ARTHUR W. DELANEY, Respondent, v. KAUFMANN-MORRIS CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

MARGARET GILBERT, Respondent, v. ALBERT E. GILBERT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

JOHN J. HAGGERTY, Appellant, v. JOSEPH LARKIN, Respondent.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Leave is granted the defendant to renew the application to vacate the judgment upon papers showing a meritorious defense,

---

* See Civ. Prac. Act, § 466; formerly Code Civ. Proc. § 1013.— [REP.